**DISMISS; and Opinion Filed March 22, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01495-CV

**CAPELLA PARK HOMEOWNERS' ASSOCIATION, INC., Appellant**
**V.**
**WILLIE E. WALLS, III, MELODY HANSON, AND MY ROYAL PALACE, LLC,**
**Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-14480**

## MEMORANDUM OPINION

Before Justices Whitehill, Molberg, and Reichek
Opinion by Justice Reichek

Before the Court is appellant's March 18, 2019 unopposed motion to dismiss the appeal

based on settlement. Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), we grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

181495F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

CAPELLA PARK HOMEOWNERS'
ASSOCIATION, INC., Appellant

No. 05-18-01495-CV      V.

WILLIE E. WALLS, III, MELODY
HANSON, AND MY ROYAL PALACE,
LLC, Appellees

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-13-14480.
Opinion delivered by Justice Reichek,
Justices Whitehill and Molberg
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement among the parties, we **ORDER** that appellees Willie E. Walls, III, Melody Hanson, and My Royal Palace, LLC recover their costs, if any, of this appeal from appellant Capella Park Homeowners' Association, Inc.

Judgment entered this 22nd day of March 2019.